WO

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Diara Cimone Moore, | No. CV-26-00798-PHX-SHD |
| Plaintiff, | **ORDER** |
| v. | |
| Experian Information Solutions Inc., et al. | |
| Defendant. | |

On February 6, 2026, Plaintiff Diara Moore filed this action along with an Application to Proceed In Forma Pauperis ("IFP"). (Docs. 1, 2.) Moore's IFP application will be denied.

"There is no formula set forth by statute, regulation, or case law to determine when someone is poor enough to earn IFP status." *Escobedo v. Applebees*, 787 F.3d 1226, 1235 (9th Cir. 2015). "An affidavit in support of an IFP application is sufficient where it alleges that the affiant cannot pay the court costs and still afford the necessities of life." *Id.* at 1234 (citing *Adkins v. E.I. Dupont de Nemours & Co.*, 335 U.S. 331, 339 (1948)).

Moore's IFP application indicates that she is 33 years old and has no dependents. (Doc. 2 at 3, 5.) It states that Moore works for Southwest Airlines and has a total monthly income of $4,700 with approximately $1,500 in her checking accounts; owns a 2022 Honda Accord valued at $20,000; and that her monthly expenses total $3,938.40. (*Id.* at 2–5.) More's income thus exceeds her expenses by $717 each month. On the face of Moore's IFP application, it appears that she can pay the filing fees and still afford the necessities of

life, and the Court will therefore deny Moore's IFP application.

Accordingly,

**IT IS ORDERED** that Moore's IFP Application (Doc. 2) is **DENIED**.  Moore shall pay the filing fee by no later than **April 20, 2026**.

**IT IS FURTHER ORDERED** directing the Clerk of Court to enter dismissal of this action without further notice if Plaintiff fails to pay the filing fee by **April 20, 2026**.

Dated this 6th day of April, 2026.

_____
Honorable Sharad H. Desai
United States District Judge

- 2 -